JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/19/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FERNANDEZ, | Case No. CV 17-2094 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAHLA INVESTMENT GROUP, INC. d/b/a/ AVALON QUICK CHECK, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 19th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge